Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

| | |
|---|---|
| In Re: | Leah Jane Driscoll |
| SSN: | xxx–xx–0643 |
| EIN: | |
| ADDRESS: | 63 Marsh Hawk<br>Hackettstown, NJ 07840 |

Case No: 05–23190–KCF
Chapter: 7
Judge: Kathryn C. Ferguson

Debtor(s)

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Thomas Orr is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is Discharged .

Dated: <u>August 15, 2005</u>                                    <u>Kathryn C. Ferguson</u>
                                                                                    Judge, United States Bankruptcy Court